**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7356**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

DAVID BARREN, a/k/a James Willie Jones, a/k/a Vincent Hutchins,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:08-cr-00053-PJM-1)

_____

Submitted: February 12, 2015      Decided: February 18, 2015

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Barren, Appellant Pro Se. Richard Charles Kay, Assistant United States Attorney, Seema Mittal, Charles Joseph Peters, Sr., OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Barren appeals the district court's order dismissing several motions made in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Barren</u>, No. 8:08-cr-00053-PJM-1 (D. Md. Aug. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>